UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD CHAIRES, GEORGE DENAULT, JANE DOE, JOHN DOE, BRITTANY GILLELAND, GERALD GIRARD, SARA HASSELBACH, LINDSEY KINHAN, JOSEPH MCLAUGHLIN, MATTHEW TEACHMAN, and KARYN WOFFORD,<br><br>      Plaintiffs,<br><br>    v.<br><br>SANOFI U.S., NOVO NORDISK INC., and ELI LILLY AND COMPANY,<br><br>      Defendants. | No. 1:17-cv-10158-DPW |

**PLAINTIFFS' RULE 41(a)(1)(A)(i) NOTICE OF DISMISSAL**

The plaintiffs, Donald Chaires, George Denault, Jane Doe, John Doe, Brittany Gilleland, Gerald Girard, Sara Hasselbach, Lindsey Kinhan, Joseph McLaughlin, Matthew Teachman, and Karyn Wofford, hereby voluntarily dismiss, without prejudice and without costs, their claims in the above-captioned action in their entirety pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Because no defendant has served either an answer or a motion for summary judgment in this action, the plaintiffs have an absolute right to dismiss their claims "without a court order" by filing this notice of dismissal. Fed. R. Civ. P. 41(a)(1)(A)(i).

The plaintiffs note that another civil action has been filed in the District Court for the District of New Jersey alleging claims arising out of the same conduct that is at issue in this case. Since that case was filed first, in the interests of judicial economy and efficiency, the plaintiffs are filing this notice of dismissal.

Dated: February 2, 2017

Respectfully submitted,

/s/ Thomas M. Sobol
Thomas M. Sobol (BBO #471770)
Hannah W. Brennan (BBO #688179)
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
tom@hbsslaw.com
hannahb@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

    I, Thomas M. Sobol, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's CM/ECF system. Those attorneys who are registered CM/ECF users may access these filings, and notice of these filings will be sent to those parties by operation of the CM/ECF system.

Dated: February 2, 2017                                                    /s/ Thomas M. Sobol
                                                                                  Thomas M. Sobol (BBO #471770)